In the Matter of the Judicial Settlement of the Account of RICHARD J. MORRISON, Public Administrator, etc., of MARY E. FEYH, Deceased.

(Argued October 22, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 29, 1889, which modified and, as modified, affirmed a decree of the surrogate of the county of New York.

*O. G. M. Baker* for appellants.

*David Willcox* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.